

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The Crawford Family Farm Partnership, Appellant

No. 06-12-00113-CV    v.

TransCanada Keystone Pipeline, L. P., Appellee

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 80810). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, The Crawford Family Farm Partnership, pay all costs of this appeal.

RENDERED AUGUST 27, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk